| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| JULIE JACKSON,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. C19-304 MJP<br><br>ORDER GRANTING EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $2,890.88 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Amy Gilbrough.

1    Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be

2    mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle,

3    Washington 98101.

5    The clerk is ordered to provide copies of this order to all counsel.

6    Dated March 11, 2020.

Marsha J. Pechman
United States District Judge