United States District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANN JACKSON, | CIVIL NO. 2:19-cv-00304-MJP |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $11,000.00, pursuant to 42 U.S.C. § 406(b). Ms. Gilbrough has already received a payment of $2,890.88, under the Equal Access to Justice Act. The remaining fee owed is $8,109.12.

If the Social Security Administration is still withholding this amount, it is directed to send $8,109.12 to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) - 1

statute. The Commissioner may make any payment of withheld past-due benefits to the address of Plaintiff's attorney as registered with SSA.

DATED this 12th day of July, 2023.

*[signature: Marsha J. Pechman]*

MARSHA J. PECHMAN
United States Senior District Judge